CHRISTINA Y. MOROVATI, Bar No. 175718
KULUVA, ARMIJO & GARCIA
555 S. Flower Street
Suite 600
Los Angeles, California 90071
(213) 612-5335
(213) 612-5712 Facsimile

Attorneys for Defendant,
Everpower Wind Holdings Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ROBERT KERR, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>VESTAS-AMERICAN WIND TECHNOLOGY, INC.; VESTAS WIND SYSTEMS A/S; EVERPOWER WIND HOLDINGS, INC., AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO: 1:15-cv-01355---JLT<br><br>[SUPERIOR COURT CASE NO.: S-1500-CV-284801 DRL]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO REMAND CASE TO SUPERIOR COURT, KERN COUNTY**<br><br>(Doc. 8) |

Plaintiff ROBERT KERR and Defendants VESTAS-AMERICAN WIND TECHNOLOGY, INC ("VESTAS") and EVERPOWER WIND HOLDINGS, INC. ("EVERPOWER") by and through their respective counsel, hereby agree and stipulate as follows:

**STIPULATION**

1. WHEREAS counsel for EVERPOWER understood that VESTAS was incorporated in Oregon and had its principal place of business in Oregon based upon plaintiff's complaint.

2. WHEREAS EVERPOWER removed this case to this Court on September 2, 2015 based upon diversity jurisdiction under 28 U.S.C. Section 1332 and its counsel's mistaken understanding of VESTAS' place of incorporation and principal place of business.

3. WHEREAS, the parties agree that VESTAS is a proper party to this action and a corporate

1

citizen of California for purposes of determining the Court's diversity jurisdiction under 28 U.S.C. Section 1332.

4. NOW THEREFORE, the parties stipulate that the action should be remanded to the Superior Court, Kern County.

IT IS SO STIPULATED

DATED: September 9, 2015   KULUVA, ARMIJO & GARCIA


By: _____
        CHRISTINA Y. MOROVATI

DATED:                        LAW OFFICE OF KASSANDRA MCQUILLEN


By: _____
        KASSANDRA MCQUILLEN

DATED:                        WILSON, ELSER, MOSKOWITZ, EDELMAN


By: _____
        GEORGE A. PISANO

**ORDER**

Based upon the stipulation of the parties that the matter should be remanded to the Kern County Superior Court, the court **ORDERS**:

1.   The stipulation of the parties is **GRANTED**:

2.   The matter is **REMANDED** to the Kern County Superior Court;

3.   The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

   Dated:   **September 17, 2015**              **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE